**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

IN RE: CERNER/ORACLE DATA BREACH LITIGATION.

KELLY SANDERS,

Plaintiff,

v.

CERNER CORP., d/b/a Oracle Health, and MOSAIC LIFE CARE,

Defendants.

No. 25-00553-CV-C-BP

**CLERK'S ORDER OF DISMISSAL**

On the 29th day of January, a Notice of Voluntary Dismissal of Plaintiff Kelly Sanders, was filed in Case Number 25-0259.

IT IS ORDERED that pursuant to the dismissal entered in Case Number 25-0259 on February 5, 2026, (Doc. 198), Kelly Sanders's claims are dismissed without prejudice.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Karri Sandusky**
Deputy Clerk

Date: February 5, 2026